JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTIAN DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; and CAPITAL ONE AUTO FINANCE a division of CAPITAL ONE, N.A.,<br><br>Defendants. | Case No. 2:19-cv-01445-JCM-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Plaintiff and Defendant agree to extend the time for Defendant to respond to the Complaint so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 12, 2019, through and including **January 13, 2020**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 11th day of December, 2019.

***No opposition***

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant Equifax Information*

LAW OFFICES OF FRANCIS ARENAS

/s/ Francis Arenas
Francis Arenas, Esq.
1616 Desert Canyon Ct.
Las Vegas, NV 89128
Phone: (702) 326-5725
Email: faarenas@aol.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 12, 2019

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 11th day of December, 2019, via CM/ECF, upon all counsel of record:

Francis Arenas, Esq.
1616 Desert Canyon Ct.
Las Vegas, NV 89128
Phone: (702) 326-5725
Email: faarenas@aol.com

By: /s/ Phyllis L. Cameron
Employee of Clark Hill PLLC